# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:12CR383 |
| vs. | ) | |
| | ) | TRIAL ORDER |
| **CORY D. GRAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defense counsel has notified the court that the defendant does not wish to change his plea and wishes to proceed with trial. For that reason, the Change of Plea hearing previously scheduled for February 22, 2013 is cancelled, In accordance with the Speedy Trial Act, the case will be scheduled for trial. Defendant also requests an extension of time to file pretrial motions. The request is denied.

**IT IS ORDERED**:

1. Defendant's Motion to Reschedule Trial and Progression [18] is granted in part and denied in part. The case will be returned to the trial docket. The request for an extension of time to file pretrial motions is denied.

2. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, February 5, 2013 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

3. Any motions for a continuance of this trial date shall be electronically filed on or before **January 29, 2013** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, ***citing specific***

*references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

4. Counsel for the United States shall confer with defense counsel and, no later than **January 25, 2013**, advise the court of the anticipated length of trial.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 28, 2013**. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED January 22, 2013.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**