IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR383 |
| | ) | |
| vs. | ) | |
| | ) | |
| CORY D. GRAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on the Motion to Continue Trial [22]. Defense counsel as recently been retained and requests additional time to prepare for trial. For good cause shown,

     **IT IS ORDERED** that the motion to continue trial [22] is granted, as follows:

     1.   The jury trial now set for February 5, 2013 is continued to **March 12, 2013.**

     2.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 12, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED January 23, 2013.**

                                                 BY THE COURT:

                                                 s/ F.A. Gossett, III
                                                 **United States Magistrate Judge**