# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cory D. Gray | ) |
| | ) |
| Date of Original Judgment: 08/20/2013 | ) |
| Date of Previous Amended Judgment: 10/20/2014 | ) |
| *(Use Date of Last Amended Judgment if Any)* | ) |

Case No:  8:12CR383

USM No:  19609-047

Julie B. Hansen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   134 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08/20/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/12/2016

*Judge's signature*

Effective Date:
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Cory D. Gray

DEFENDANT: _____

CASE NUMBER: 8:12CR383 _____

DISTRICT: District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: __31__ | Amended Total Offense Level: __29__ |
| Criminal History Category: __VI__ | Criminal History Category: __VI__ |
| Previous Guideline Range: __188__ to __235__ months | Amended Guideline Range: __151__ to __188__ months |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 69) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 70) is approved.